RECEIVED
IN MONROE, LA
JUL 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARBOR OF NATCHITOCHES, LLC | CIVIL ACTION NO. 07-0862 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHURCH LOANS, ET AL. | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM RULING

On May 17, 2007, Appellant Arbor of Natchitoches, LLC ("Arbor") filed this appeal from the March 23, 2007 Order of Judge Henley A. Hunter, United States Bankruptcy Court, Western District of Louisiana.

Despite two extensions of time, Arbor has never filed a brief in support of its appeal. Accordingly, on July 10, 2007, the Court issued a Memorandum Order [Doc. No. 14] requiring Arbor to file its appeal brief no later than July 17, 2007, by 10:00 A.M. Arbor was warned that its appeal would be dismissed if it failed to comply with the Order.

On July 16, 2007, counsel for Arbor contacted the Clerk of Court to state that he did not intend to file a brief and that the appeal should be dismissed. No brief was filed by the July 17, 2007 deadline. Therefore, Arbor's appeal is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this __18__ day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE